## JAMES BOOTH V. THE STATE.

An indictment charging that the defendant "did bet at and upon a gaming table," is insufficient. It should have alleged that the betting was upon a gaming table kept or exhibited for the purpose of gaming.

If one of the games or gaming tables named in the statutes (Penal Code, art. 414, et seq.,) as faro, monte, rondo, or another, be also named in the indictment, such description will be sufficient, without alleging that it was kept or exhibited for the purpose of gaming; but where a game or gaming table, named in the statute, is not named in the indictment, it must be alleged that the game or gaming table, referred to in the indictment, was kept or exhibited for the purpose of gaming.

ERROR from Shelby. Tried below before the Hon. A. W. O. Hicks.

Indictment for betting at a gaming table, under article 414 of the Penal Code. The indictment charged that the defendant "did bet at and upon a gaming table."

Defendant excepted to the indictment on the ground of insufficiency in the description of the offence charged. Exception overruled. Verdict and judgment against defendant. Case brought up by writ of error.

*H. G. Hall*, for plaintiff in error.

*Attorney-General*, for defendant in error, cited Estes v. The State, 10 Tex. R., 300.

BELL, J. The indictment is insufficient, and the exception to it ought to have been sustained. The indictment ought to have alleged that the betting was upon a gaming table kept or exhibited for the purpose of gaming. If one of the games or gaming tables named in the statute, as for instance faro, monte, rondo, or another, be also named in the indictment, that will be sufficient, without alleging that it was kept or exhibited for the purpose of gaming, for that will be matter of legal inference; but where a game or gaming table named in the statute is not named in the indictment,

it must be alleged that the game or table referred to in the indictment was kept or exhibited for the purpose of gaming. The judgment is reversed and the case dismissed.

Reversed and dismissed.